■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOWARD SHARPE, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Beldock, J.), rendered July 9, 1987.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636). Mollen, P. J., Lawrence, Kooper, Spatt and Harwood, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEROY SMITH, JR., Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Lange, J.), rendered December 1, 1986.

Ordered that the judgment is affirmed *(see, People v Frederick,* 45 NY2d 520; *People v Kazepis,* 101 AD2d 816; *People v Suitte,* 90 AD2d 80). Mangano, J. P., Kunzeman, Rubin, Eiber and Balletta, JJ., concur.